# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-3302

———————————————

DOUGLAS JAMES YOUNG, JR,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————

Petition for Writ of Certiorari—Original Proceedings.

June 24, 2026

PER CURIAM.

DISMISSED as unauthorized. *See Logan v. State*, 846 So. 2d 472, 479 (Fla. 2003) (holding that generally, a criminal defendant cannot proceed pro se while represented by counsel).

LEWIS, ROBERTS, and WINOKUR, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Douglas James Young, Jr., pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.